IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1:02CV00898 |
| | ) | |
| vs. | ) | |
| | ) | |
| 475 COTTAGE DRIVE, MOUNT AIRY, | ) | |
| SURRY COUNTY, NORTH CAROLINA, | ) | |
| WITH ALL APPURTENANCES AND | ) | |
| IMPROVEMENTS THEREON, | ) | |
| Defendant. | ) | |

## ORDER AND JUDGMENT

For the reasons discussed in the Findings of Fact and Conclusions of Law filed contemporaneously herewith, IT IS ORDERED, ADJUDGED AND DECREED that the Defendant Real Property located at 475 Cottage Drive, Mount Airy, Surry County, North Carolina, with all appurtenances and improvements thereon, be and hereby is forfeited to the United States of America pursuant to 21 U.S.C. § 881, and no right, title or interest in the property shall exist in any other party, named or unnamed.

This, the 25th day of May, 2006.

_____
United States District Judge